
**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Tel: 415.781.7900  Fax: 415.781.2635

www.sdma.com

January 6, 2005

Lurline Moriyama
Clerk, Judge Phyllis Hamilton
U S District Court
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

Re: Bespaq Corp. v. Hao Shen Trading Co., Ltd.
Case No. 04-3698-PJH

Dear Ms. Moriyama:

This will confirm that the Court has continued the Case Management Conference previously scheduled for January 27, 2005 to March 17, 2005  The Case Management Statement is due March 10, 2005.

The continuance is made in view of the leave to amend granted in Judge Hamilton's Order Granting Defendants' Motion to Dismiss, which was issued on January 3, 2005.

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

Warren J. Krauss
Attorneys for Defendants
Hao Shen Trading Co., Inc. and
Gerald J. Ford

/cem

cc: All Counsel