1  THE LAW OFFICES OF MATTHEW KUMIN, P.C.
   Matthew W. Kumin, CSB 177561
2  870 Market Street, Ste. 1128
   San Francisco, California 94102
3  TEL: 415–434-8454
   FAX: 415-434-8453
4

5
   Attorney for Plaintiff
6  BESPAQ CORP.

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11  BESPAQ CORPORATION              )   Case No.: C 04 3698 PJH
                                    )
12         Plaintiff,               )   **REQUEST FOR ENTRY OF DEFAULT**
                                    )   **BY CLERK**
13      vs.                         )
                                    )
14  HAO SHEN TRADING CO., LTD, dba  )
    SHANGAI HANSON INDUSTRIAL CO,   )
15  LTD, dba HANSSON Inc., dba, HAOSHEN; )
    ANHWEIN HUAMEI ART PRODUCT CO., )
16  LTD; and DOES 1-100, inclusive. )
                  Defendants        )
17                                  )

18       Plaintiff, BESPAQ CORPORATION, hereby requests the Clerk to enter default against

19  Defendant, ANHWEIN HUAMEI ART PRODUCT CO., dba ANHUI ART PRODUCTS for its

20  failure to respond to the summons and complaint issued by this Court, pursuant to Rule 55.  This

21  request is supported by the attached Declaration of Matthew Kumin, Attorney for Plaintiff

22  DATED:                              LAW OFFICES OF MATTHEW KUMIN

23                                      _____
                                        MATTHEW KUMIN
24                                      ATTORNEY FOR PLAINTIFF

25
                                                                                      1