1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   WARREN KRAUSS  Bar No. 49568
2  JAMES YUANXIN LI  Bar No. 135128
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  OTTO O. LEE (California State Bar No. 173987)
   YULIA POGODINA (California State Bar No. 226290)
6  MARIE GRACE CAPUYAN (California State Bar No. 226862)
   INTELLECTUAL PROPERTY LAW GROUP LLP
7  12 South First Street, Twelfth Floor
   San Jose, California 95113
8  Telephone: (408) 286-8933
   Facsimile: (408) 286-8932

9
   Attorneys for Defendants
10 HAOSHEN TRADING CO., LTD.
   and GERALD J. FORD

11

12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17 | BESPAQ, Corp.,
18 |        Plaintiff,                    CASE NO. C-04-3698-PJH
19 |    v.
20 | HAO SHEN TRADING CO., LTD. dba
21 | SHANGAI HANSON INDUSTRIAL CO.,       STIPULATION AND ORDER FOR
   | LTD. dba HANSSON Inc., dba, HAOSHEN; DISMISSAL OF DEFENDANT GERALD
22 | ANHWEIN HUAMEI ART PRODUCT CO.,      FORD DBA MINIATURE FURNITURE
   | LTD dba ANHUI ART PRODUCTS;          COMPANY
23 | GERALD FORD dba MINIATURE
   | FURNITURE; AND DOES 1-100, inclusive,
24
   |        Defendants.
25

26

27

28

-1-
STIPULATION AND ORDER TO DISMISS DEFENDANT GERALD FORD
Bespaq v. Hao Shen Trading, Case No. C-04-3698-PJH

1  The parties stipulate to the dismissal, without prejudice, of defendant GERALD FORD, dba
2  Miniature Furniture Company. Each party shall bear its own fees and costs.
3  **SO STIPULATED.**
4  Dated: ~~April~~ May 24, 2005

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
James Yuanxin Li
Attorneys for Defendants HAO SHEN
TRADING CO. and GERALD FORD

8  Dated: ~~April~~ May 24, 2005

THE LAW OFFICES OF MATTHEW KUMIN

By _____
Matthew Kumin
Attorneys for Plaintiff BESPAQ. Corp.

## ORDER

Defendant GERALD FORD, dba Miniature Furniture Company, is dismissed without prejudice from this action. Each party shall bear its own fees and costs.

**SO ORDERED.**

Dated:

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE