1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   WARREN KRAUSS  Bar No. 49568
2  JAMES YUANXIN LI  Bar No. 135128
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  OTTO O. LEE (California State Bar No. 173987)
   YULIA POGODINA (California State Bar No. 226290)
6  MARIE GRACE CAPUYAN (California State Bar No. 226862)
   INTELLECTUAL PROPERTY LAW GROUP LLP
7  12 South First Street, Twelfth Floor
   San Jose, California 95113
8  Telephone: (408) 286-8933
   Facsimile: (408) 286-8932

9
   Attorneys for Defendants
10 HAOSHEN TRADING CO., LTD.
   and GERALD J. FORD

11
   THE LAW OFFICES OF MATTHEW KUMIN,
12 A PROFESSIONAL CORPORATION
   Matthew Kumin, CSB 177561
13 870 Market Street, Ste. 1128
   San Francisco, CA 94102
14 Tel; 415-434-8454
   Fax:415-434-8453

15
   Representing Plaintiff
16 BESPAQ

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

21 BESPAQ, Corp.,                      CASE NO. C-04-3698-PJH

22          Plaintiff,

   v.
23
   HAO SHEN TRADING CO., LTD. dba
24 SHANGAI HANSON INDUSTRIAL CO.,      **STIPULATION AND ORDER TO**
   LTD. dba HANSSON Inc., dba, HAOSHEN; **CONTINUE ENE**
25 ANHWEIN HUAMEI ART PRODUCT CO.,
   LTD dba ANHUI ART PRODUCTS;
26 GERALD FORD dba MINIATURE
   FURNITURE; AND DOES 1-100, inclusive,
27
          Defendants.
28
                          -1-

1    At the case management conference, this Court ordered the parties to complete an ENE

2    within 90 days from March 21, 2005, the date the court signed the Case Management and Pretrial

3    Order. The ENE evaluator had previously made commitments making it impossible for her to hold

4    the ENE by June 21, 2005. She indicated she was unable to hold the ENE until late August or early

5    September, 2005 and accordingly, the evaluator and the parties agreed to hold the ENE on September

6    1, 2005. Therefore, the parties stipulate and request this Court to extend the deadline for completing

7    the ENE to the close of business, September 1, 2005.

8    Dated:  June 14, 2005              SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10                                      By _____
                                           James Yu Axxin Li
11                                         Attorneys for Defendant HAO SHEN
                                           TRADING CO.
12                                      INTELLECTUAL PROPERTY LAW GROUP
     Dated:  June 14, 2005
13
14                                      By: _____
                                           Otto Lee
15                                         Attorneys for Defendant HAO SHEN
                                           TRADING CO.
16   Dated: June 14, 2005               THE LAW OFFICES OF MATTHEW KUMIN, P.C.

17

18                                      By _____
                                           Matthew Kumin
19                                         Attorneys for Plaintiff BESPAQ, Corp.

20                                      **ORDER**

21       The deadline to complete the ENE in this matter is extended through September 1, 2005.

22       **IT IS SO ORDERED.**

23   Dated:  6/15/05

24

25                                      _____
                                        PHYLLIS J. HAMILTON
26                                      UNITED STATES DISTRICT JUDGE

27

28
                                        -2-

STIPULATION AND ORDER TO CONTINUE ENE
Bespaq v. Hao Shen Trading,
Case No. C-04-3698-PJH