```
 1  MATTHEW KUMIN, CSB 177561
    The Law Offices of Matthew Kumin
 2  870 Market Street, Ste. 1128
    San Francisco, CA 94102
 3  Tel: 415-434-8454
    Fax: 415-434-8453
 4  e-mail:matt@mattkuminlaw.com

 5  Attorneys for Plaintiff,
    BESPAQ, Corp.
 6

 7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    WARREN KRAUSS  Bar No. 49568
 8  JAMES YUANXIN LI  Bar No. 135128
    One Embarcadero Center, 16th Floor
 9  San Francisco, California 94111-3628
    Telephone: (415) 781-7900
10  Facsimile: (415) 781-2635

11  OTTO O. LEE (California State Bar No. 173987)
    INTELLECTUAL PROPERTY LAW GROUP LLP
12  12 South First Street, Twelfth Floor
    San Jose, California 95113
13  Telephone: (408) 286-8933
    Facsimile: (408) 286-8932
14
    Attorneys for Defendant
15  HAOSHEN TRADING CO., LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BESPAQ, Corp., <br><br> Plaintiff, <br><br> v. <br><br> HAO SHEN TRADING CO., LTD. dba SHANGAI HANSON INDUSTRIAL CO., LTD. dba HANSSON Inc., dba, HAOSHEN; ANHWEIN HUAMEI ART PRODUCT CO., LTD dba ANHUI ART PRODUCTS; GERALD FORD dba MINIATURE FURNITURE; AND DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. C-04-3698-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER FOR FILING OF THIRD AMENDED COMPLAINT** |

WHEREAS, counsel for the Plaintiff has agreed to amend his Second Amended Complaint.

WHEREAS, the Early Neutral Evaluation in this matter has been set for September 1, 2005.

WHEREAS, counsel for the Plaintiff will be on vacation for approximately three weeks beginning on June 29, 2005.

Counsel for the parties hereby stipulate that counsel for Plaintiff shall have 30 days from the date of this Order to file a Third Amended Complaint. Counsel for the parties also stipulate the Defendant shall file a response to the Third Amended Complaint 20 days after the filing of the Third Amended Complaint and shall not file any response to the Second Amended Complaint

**SO STIPULATED.**

Dated: June 29, 2005

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
James Yuanxin Li
Attorneys for Defendant HAO SHEN TRADING CO.

Dated: June 29, 2005

THE LAW OFFICES OF MATTHEW KUMIN

By _____
Matthew Kumin
Attorneys for Plaintiff BESPAQ, Corp.

**ORDER**

Permission is granted for the filing of a Third Amended Complaint. The Third Amended Complaint shall be filed within 30 days of the date of this Order. Defendant shall file a response to the Third Amended Complaint 20 days after the filing of the Third Amended Complaint and shall not file any response to the Second Amended Complaint

**SO ORDERED.**

Dated: 7/1/05

_____
Judge Phyllis J. Hamilton

-2-
STIPULATION AND PROPOSED ORDER FOR FILING OF THIRD AMENDED COMPLAINT
Bespaq v. Hao Shen Trading, Case No. C-04-3698-PJH