UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BESPAQ, CORPORATION,

    Plaintiff(s),                        No. C 04-3698 PJH

    v.                                 **ORDER**

HAO SHEN TRADING CO., LTD. et al.,

    Defendant(s).

_____/

      Before the court is plaintiff's request that all pretrial dates be vacated in light of the settlement between it and defendants Ford and Hanson and pending service on foreign defendant Anhwein, who is expected to default.  However, only the dismissal of Ford has been filed.  Pretrial dates will be vacated only upon the filing of a stipulation and order for dismissal of Hanson.  Thereafter, plaintiff will be permitted six months to perfect service and obtain the default of the remaining defendant.  The pretrial dates accordingly remain unchanged.

    **IT IS SO ORDERED.**

Dated: February 3, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge