1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
WARREN KRAUSS  Bar No. 49568
2 | JAMES YUANXIN LI  Bar No. 135128
One Embarcadero Center, 16th Floor
3 | San Francisco, California 94111-3628
Telephone: (415) 781-7900
4 | Facsimile: (415) 781-2635

5 | OTTO O. LEE (California State Bar No. 173987)
YULIA POGODINA (California State Bar No. 226290)
6 | MARIE GRACE CAPUYAN (California State Bar No. 226862)
INTELLECTUAL PROPERTY LAW GROUP LLP
7 | 12 South First Street, Twelfth Floor
San Jose, California 95113
8 | Telephone: (408) 286-8933
Facsimile: (408) 286-8932

9 | Attorneys for Defendants
10 | HAOSHEN TRADING CO., LTD. dba HANSSON, INC.

11 | THE LAW OFFICES OF MATTHEW KUMIN,
A PROFESSIONAL CORPORATION
12 | Matthew Kumin, CSB 177561
870 Market Street, Ste. 1128
13 | San Francisco, CA 94102
Tel; 415-434-8454
Fax:415-434-8453
14 |

15 | Representing Plaintiff
BESPAQ, Corp.

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN FRANCISCO DIVISION

19 |

20 | BESPAQ, Corp.,                              CASE NO. C-04-3698-PJH

21 |        Plaintiff,
        v.
22 |

23 | HAO SHEN TRADING CO., LTD. dba            **STIPULATION AND ORDER TO DISMISS**
SHANGAI HANSON INDUSTRIAL CO.,                **DEFENDANT HAOSHEN TRADING CO.,**
LTD. dba HANSSON Inc., dba, HAOSHEN;          **LTD. dba HANSSON, INC.**
24 | ANHWEIN HUAMEI ART PRODUCT CO.,
LTD dba ANHUI ART PRODUCTS;
25 | GERALD FORD dba MINIATURE
FURNITURE; AND DOES 1-100, inclusive,
26 |
        Defendants.
27 |

28 |
-1-
STIPULATION AND ORDER TO DISMISS DEFENDANT HAOSHEN
Bespaq v. Hao Shen Trading,
Case No. C-04-3698-PJH

1 | The parties here stipulate to dismiss defendant HAOSHEN TRADING CO., LTD. dba
2 HANSSON, INC. ("Haoshen") with prejudice from the action. Each party shall bear its own fees and
3 costs.
4 | The parties also stipulate and request that this Court shall retain jurisdiction to rule on any
5 motions related to the good faith nature of the settlement between Plaintiff BESPAQ, CORP. and
6 Defendant Haoshen. Defendant Haoshen shall not be precluded by this order from seeking an order
7 that it has reached a settlement in good faith with plaintiff.

8 Dated: ~~February~~ March 3, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

9                                          By _____
10                                             James Yuanxin Li
                                               Attorneys for Defendant HAO SHEN
                                               TRADING CO.
11
   Dated: February 23, 2006                INTELLECTUAL PROPERTY LAW GROUP
12
                                           By _____
13                                             Otto O. Lee
                                               Attorneys for Defendant HAO SHEN
14                                             TRADING CO.

15 Dated: February 17, 2006                THE LAW OFFICES OF MATTHEW KUMIN, P.C.

16                                         By _____
                                               Matthew Kumin
17                                             Attorneys for Plaintiff BESPAQ, Corp.

18                                         **ORDER**

19 | The Court hereby dismisses Defendant HAOSHEN TRADING CO., LTD. dba HANSSON,
20 INC. ("Haoshen") from the action with prejudice. Each party shall bear its own fees and costs.
21 | This Court shall retain jurisdiction to rule on any motions related to the good faith nature of
22 the settlement between Plaintiff BESPAQ, Corp. and Defendant Haoshen. Defendant Haoshen shall
23 not be precluded by this order from seeking an order that it has reached a settlement in good faith
24 with Plaintiff.

25 **IT IS SO ORDERED.**

26 Dated:    3/6/06

27                                         _____
                                           PHYLLIS J. HAMILTON
28                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED / Judge Phyllis J. Hamilton* (seal)

-2-
STIPULATION AND ORDER TO DISMISS DEFENDANT HAOSHEN
Bespaq v. Hao Shen Trading,