UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BESPAQ CORPORATION,

    Plaintiff,

    v.

HAO SHEN TRADING CO., LTD., et al.,

    Defendants.
_____/

No. C 04-3698 PJH

**ORDER**

The court is in receipt of plaintiff's Case Status Report, in which plaintiff requests an additional six months in which to amend, translate, and serve its complaint against the one remaining defendant in the case, Anhwein Huamei Art Product Co., Ltd., dba Anhui Art Products ("Anhwein"). Plaintiff's request was filed in response to the court's prior order dated February 3, 2006, in which the court granted plaintiff 6 months in which to perfect service and obtain default as to defendant Anhwein. However, plaintiff has been unable to perfect service on defendant, despite having had seven months since the date of the court's prior order in which to do so.

The court hereby grants plaintiff an additional 5 months in which to perfect service on defendant. If service is not accomplished by February 2, 2007, the court will dismiss plaintiff's complaint. No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: September 8, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge