1  THE LAW OFFICES OF MATTHEW KUMIN, P.C.
   Matthew W. Kumin, CSB 177561
2  870 Market Street, Ste. 1128
   San Francisco, California 94102
3  TEL: 415–434-8454
   FAX: 415-434-8453
4

5
   Attorney for Plaintiff
6  BESPAQ CORP.

7
                     UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 BESPAQ CORPORATION            )   Case No.: C 04 3698 PJH
                                 )
11        Plaintiff,             )   **EX PARTE MOTION TO FILE SECOND**
                                 )   **AMENDED COMPLAINT**
12     vs.                       )
                                 )
13 ANHUI JIA YI HANDICRAFTS CO., LTD )
   dba ANHWEIN HUAMEI ART PRODUCT )
14 CO., LTD dba ANHUI ART PRODUCTS; )
   and DOES 1-100, inclusive.    )
15         Defendants            )
                                 )
   _____)
16
      This court recently granted Plaintiff, BESPAQ CORPORATION, until February, 2007 to
17
   serve its complaint upon the sole remaining defendant in this matter, the Chinese manufacturer.
18
   Plaintiff seeks this Court's approval to file the attached second amended complaint (exhibit 1.)
19
   Once that is filed, plaintiff will have it translated into Chinese and have it served on the
20
   defendant in China.  This process may take some time and therefore, Plaintiff seeks this Court's
21
   approval of the filing of this amended complaint as quickly as possible.
22
   DATED:      10/12/06               LAW OFFICES OF MATTHEW KUMIN, P.C.
23
                                      _____
24                                    MATTHEW KUMIN
                                      ATTORNEY FOR PLAINTIFF
25
                                                                                           1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 1

EX PARTE MOTION TO FILE SECOND AMENDED COMPLAINT
C 04 – 3698 PJH

MATTHEW KUMIN, CSB 177561
The Law Offices of Matthew Kumin,
A Professional Corporation
870 Market Street, Ste. 1128
San Francisco, Ca 94102
Tel: 415-434-8454
Fax: 415-434-8453
e-mail:matt@mattkuminlaw.com

Attorneys for Plaintiff,
BESPAQ, Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BESPAQ, Corp<br><br>   Plaintiff,<br><br>   vs.<br><br>ANHUI JIA YI HANDICRAFTS CO., LTD dba ANHWEIN HUAMEI ART PRODUCT CO., LTD dba ANHUI ART PRODUCTS; and DOES 1-100, inclusive.<br>   Defendants. | Case No.: C 04 3698 PJH<br><br>**SECOND AMENDED COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

BESPAQ V. ANHWEI, No. C 04 3698 PJH
SECOND AMENDED COMPLAINT                     1

## JURISDICTION AND VENUE

1. This is an action for Breach of Contract. The Defendant, a Chinese manufacturer, ships its products to distributors in California and other parts of the United States for distribution inside California and also for distribution domestically and internationally. Jurisdiction is proper and is conferred on this court under 28 U.S.C. §1332 (diversity.) The acts complained of took place within this judicial district.

## PARTIES TO THE ACTION

1. At all times herein mentioned, Plaintiff, BESPAQ CORPORATION, was a California corporation with its principal place of business in Brisbane, California. Defendant ANHUI JIA YI HANDICRAFTS CO., LTD, dba ANHWEIN HUAMEI ART PRODUCT CO., LTD dba ANHUI ART PRODUCTS (hereinafter, ANHWEI or simply, defendant) is an entity of unknown corporate form, located in the People's Republic of China. ANHUI has apparently changed its name but not its location.

2. Defendant's DOES 1 through 100, inclusive, are sued herein under such fictitious names for the reason that their true names and capacities are unknown to Plaintiff; when their true identifies and capacities are ascertained Plaintiff will pray leave of the Court to amend this complaint.

3. **Certification of Interested Entities or Persons**. Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## GENERAL ALLEGATIONS

### Defendant ANHWEI's History with Plaintiff

4. As part of BESPAQ's business plan in the early 1990's, it decided to develop a

manufacturing facility in the People's Republic of China. That manufacturing facility opened in the early 1990's. The original agreement between Plaintiff and the factory provided that all information received by the factory would remain confidential including customer lists, processes for manufacturing, price lists, and so forth. Problems arose however, in the business relationship and the parties negotiated and executed a dissolution agreement in 2002. That settlement agreement, attached as Exhibit 1, provided that ANHWEI would be paid consideration in exchange for its agreement not to ever compete with BESPAQ in the dollhouse furnishings market. In fact, BESPAQ paid the consideration.

5.      BESPAQ discovered, however, in 2004 that its miniature dollhouse furnishings, down to the exact details, and its photographs of those miniature dollhouse furnishings, reprinted in catalogues and sales sheets, were being offered to dealers and the general public throughout the United States and internationally by other parties. The source of those knock-offs was the defendant. The actions of Defendants have injured Plaintiff's business because customers that once purchased from Plaintiff now purchase their products through the Defendant's distributors.

### FIRST CAUSE OF ACTION
### BREACH OF CONTRACT

**7.**     Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1 through 6 of this Complaint.

8.      Plaintiff and Defendant ANHWEI entered into a valid and binding contract in the year 2002, supported by adequate consideration, by which ANHWEI agreed not to compete in the miniatures market in exchange for consideration, including a cash payment. (See Exhibit 1.)

9.      In 2004, Plaintiff learned that AHNWEI was producing its miniature dollhouse furnishings in breach of the written 2002 agreement and in 2004, also discovered that other parties were distributing its pieces.

10.     Plaintiff has sustained damages due to the breach in an amount exceeding $100,000.

**SECOND CAUSE OF ACTION**
**VIOLATION OF CALIFORNIA CIV.CODE §§3426**

11.     Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1 through 10 of this Complaint.

12.     Plaintiff's customer lists, its manufacturing processes and techniques, its wholesale pricing lists and pricing strategy, its marketing strategy, its international agreements, among other aspects of its business, are protectable trade secrets under the California Uniform Trade Secrets Act, codified at California civil code section 3426 et seq.

13.     Defendants misappropriated those trade secrets and actively used them to undercut Plaintiff's business. ANHWEI misappropriated the manufacturing processes and customer lists by keeping this information and using if after ANHWEI entered into a binding agreement not to be involved the dollhouse miniature business anymore. ANHWEI, due to its prior relationship with Plaintiff BESPAQ and directly because of that relationship, had previously obtained access to BESPAQ's drawings, designs and BESPAQ's wholesale pricing list. The factory kept this information then reproduced the BESPAQ pieces using those secret and protected designs and also provided other parties, particularly its distributors in the United States, with its wholesale pricing list, a customer list and other protected trade secrets. Additionally, it has entered into some business arrangement with its US distributors that allows those parties to gain access to ANHWEI's knock-offs. Armed with those trade secrets it used this information to: 1) price its knock-off products at a lower price than the price offered by BESPAQ; 2) locate and solicit existing BESPAQ customers with the prospect of deep discounts, thereby stealing Plaintiff's business accounts; and, 3) open overseas markets by offering products at below market prices. As a consequence of the defendants improperly gaining access to these trade secrets and using these

BESPAQ V. ANHWEI, No. C 04 3698 PJH
SECOND AMENDED COMPLAINT                    4

secrets, they unjustly benefited.  ANHWEI was able to reproduce BESPAQ's pieces and sell them even though it had entered into an explicit agreement not to engage in this line of business.

14.	As noted, ANHWEI was under a contractual obligation not to disclose or use any of the information it obtained from Plaintiff while engaged in a partnership with Plaintiff. Plaintiff has suffered economic losses in excess of $100,000 as a consequence of Defendants' misappropriation of its trade secrets.

**WHEREFORE, Plaintiff prays for judgment as follows:**

    1	Costs of the suit;

    2	General damages in an amount to be determined at trial, and,

    3	Such further relief as this Court may deem just and appropriate in the circumstances.

## JURY DEMAND

Pursuant to FRCivP 38(b), Plaintiff respectfully demands a trial of all issues by jury.

Dated: October 12, 2006

By: _____
    Matthew Kumin
    Attorney for Plaintiff, BESPAQ Corp.

BESPAQ V. ANHWEI, No. C 04 3698 PJH
SECOND AMENDED COMPLAINT     5