UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BESPAQ CORPORATION,

    Plaintiff,

    v.

ANHWEIN HUAMEI ART PRODUCT CO, LTD., dba ANHUI ART PRODUCTS,

    Defendant.
_____/

No. C 04-3698 PJH

**ORDER OF DISMISSAL FOR FAILURE TO SERVE**

On September 8, 2006, this court issued an order granting plaintiff five months, until February 2, 2007, in which to perfect service on defendant Anhwein Huamei Art Product Co., Ltd. ("Anhwein"), the only remaining defendant in this case. This five month extension was in addition to a previous six month extension that the court granted to plaintiff on February 3, 2006, in order to perfect service and obtain entry of default as to Anhwein. The complaint was filed on September 1, 2004. All told, therefore, plaintiff has had a year and a half to perfect service upon defendant. The court's September 8 order advised plaintiff that if service was not accomplished by February 2, 2007, the case would be dismissed. To date, and more than one month past the February deadline, plaintiff has still not perfected service, or advised the court of the status of its continued attempts to do so.

Accordingly, this action is DISMISSED pursuant to Fed. R. Civ. Pro. 4, for failure to serve a foreign defendant within a reasonable time. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge